UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ANTONIO RIVERA,

Plaintiff,

-against-

DUTCHESS COUNTY JUSTICE AND TRANSITION CENTER; PRIMECARE MEDICAL; LPN NASHIRA EVORA; MID-HUDSON REGIONAL HOSPITAL; ENVIROCARE COMPANY,

Defendants.

**ORDER**

25-CV-6312 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on July 28, 2025. (Doc. 1). Defendant Primecare Medical Inc.'s request for permission to move to dismiss Plaintiff's Complaint was granted on July 10, 2026 and the Court entered a briefing schedule. (Doc. 24). On August 7, 2026, Defendant filed its motion to dismiss. (Doc. 26). Plaintiff's opposition was due by September 4, 2026. (*See* Doc. 24). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until October 2, 2026. Defendants' reply, if any, is due October 19, 2026.

**If plaintiff fails to file his opposition by October 2, 2026, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

The Clerk of Court is respectfully requested to mail a copy of this order to plaintiff.

Dated: White Plains, New York
September 10, 2026

SO ORDERED:

______________________________
Philip M. Halpern
United States District Judge